UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

OTONIEL CARRIEYO,

        Plaintiff,

v.

GARY HINTZE, *et al.*,

        Defendants.

CASE NO. 3:20-cv-05011-RJB-JRC

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura and the remaining record, does hereby find and ORDER:  The Court adopts the Report and Recommendation (Dkt. 8) and dismisses this matter without prejudice.

The Clerk shall close the case and send copies of this order to plaintiff and Judge Creatura.

Dated this 9th day of June, 2020.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 1